# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CRAWFORD & COMPANY,

        Plaintiff,

v.                                                      Case No. 18-1087-EFM

RESTORE IT SYSTEMS, LLC, et al.,

        Defendants.

## ORDER

On June 20, 2019, the court entered an order to show cause, instructing plaintiff to clarify the status of non-party Steamway and demonstrate the citizenship of the parties to establish subject matter jurisdiction (ECF No. 64). On July 1, 2019, Steamway filed a response clarifying its ownership and history; specifically, the response detailed the relationship among Steamway, Restore It, Douglas Knapp, and Angela Knapp (ECF No. 66). On July 3, 2019, plaintiff filed a response to the show cause order, also clarifying that Restore It Systems is a separate entity from Steamway (ECF No. 67). The court finds that the parties have adequately clarified the status of Steamway and its relationship with the parties.

Additionally, plaintiff's response addressed the facts relevant to determining subject matter jurisdiction and provided the relevant supporting documents. Restore It was a Kansas limited liability company whose only members were Douglas Knapp and Angela Knapp, who are also citizens of Kansas. The court finds that it has subject matter jurisdiction over this case based on these assertions. Accordingly, the court finds that the

parties have satisfied their burden of showing why this case should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated July 10, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge